# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TIKTOK, INC., TIKTOK, LTD.,
TIKTOK PTE., BYTEDANCE,
LTD., AND BYTEDANCE, INC.

NO. 2025 CW 1180

**APRIL 8, 2026**

---

In Re:  TikTok Inc., TikTok Ltd., TikTok Pte. Ltd., ByteDance Ltd., and ByteDance Inc., applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 184754.

---

BEFORE:  **THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

  **WRIT DENIED.**

                    MRT
                    KEB
                    BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana Supreme Court.